UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-62162-CIV-SMITH

DANNY RUIZ GARCIA,

    Petitioner,

v.

FIELD OFFICE DIRECTOR, MIAMI
FIELD OFFICE, U.S. IMMIGRATION &
CUSTOMS ENFORCEMENT,

    Respondent.

_____

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

**IT IS ORDERED that** pursuant to 28 U.S.C. § 636(b)(1) and Rule 1 of the Magistrate Rules of the Southern District of Florida this case is **REFERRED** to Magistrate Judge Valle for a ruling on all non-dispositive matters and a report and recommendation on all dispositive matters.

DONE and ORDERED in Fort Lauderdale, Florida this 26th day of October, 2020.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All counsel of record