UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62162-CIV-SMITH/VALLE

DANNY RUIZ GARCIA,

    Petitioner,

vs.

FIELD OFFICE DIRECTOR, MIAMI FILED OFFICE,
U.S. IMMIGRATION & CUSTOMS ENFORCEMENT,

    Respondent.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter came before the Court on the Paperless Report and Recommendation to District Judge [DE 13]. In the Report and Recommendation, Magistrate Judge Valle recommends granting Respondent's Motion to Dismiss for Mootness [DE 12] because Petitioner has been released from custody and, thus, his 28 U.S.C. § 2241 petition for a writ of habeas corpus, which seeks his release from immigration custody, is moot. Petitioner has not filed objections to the Report and Recommendation. Having reviewed, *de novo*, the Report and Recommendation and the record, and given that there are no objections, it is

**ORDERED** that:

1) The Paperless Report and Recommendation to District Judge [DE 13] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) Respondent's Motion to Dismiss for Mootness [DE 12] is **GRANTED**. This matter is dismissed as moot.

3) All pending motions not otherwise ruled upon are **DENIED as moot.**

4) This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 6th day of December, 2021.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record